No. 93–1631. BENTSEN, SECRETARY OF THE TREASURY v. ADOLPH COORS CO. C. A. 10th Cir. [Certiorari granted, *ante*, p. 1203.] Motion of respondent to substitute Coors Brewing Co. in place of Adolph Coors Co. granted.

No. 93–1636. SWINT ET AL. v. CHAMBERS COUNTY COMMISSION ET AL. C. A. 11th Cir. [Certiorari granted, *ante*, p. 1204.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 93–7901. SCHLUP v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. [Certiorari granted, 511 U. S. 1003.] Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 92–7264. WALKER v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 507 U. S. 964;

No. 93–1329. DiPINTO ET AL. v. SPERLING ET AL., 511 U. S. 1082;

No. 93–1377. WARDLAW v. PICKETT ET AL., *ante*, p. 1204;

No. 93–1469. FOXWOOD MANAGEMENT CO. ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL., *ante*, p. 1204;

No. 93–1620. RUBENS ET AL. v. SHINE, JULIANELLE, KARP, BOZELKO & KARAZIN, P. C., 511 U. S. 1142;

No. 93–1652. CALDERON, WARDEN, ET AL. v. HAMILTON, *ante*, p. 1220;

No. 93–1654. CRUTCHFIELD v. McGREGOR, *ante*, p. 1205;

No. 93–1730. MICCIO v. NEW JERSEY DEPARTMENT OF COMMUNITY AFFAIRS ET AL., 511 U. S. 1129;

No. 93–1815. BURNS-TOOLE v. BYRNE ET AL., *ante*, p. 1207;

No. 93–1868. ORTMAN v. OAKLAND COUNTY, MICHIGAN, ET AL., *ante*, p. 1208;

No. 93–7394. McCLENDON v. CALIFORNIA, 511 U. S. 1085;

No. 93–7936. SMITH v. UNITED STATES, 511 U. S. 1130;

No. 93–8044. TOEGEMANN v. RICH ET AL., 511 U. S. 1055;

No. 93–8272. GAYDOS v. CHERTOFF, UNITED STATES ATTORNEY, ET AL., 511 U. S. 1087;

No. 93–8315. RUCHTI v. HEDLEY ET AL., 511 U. S. 1088;

No. 93–8368. ASRAR v. UNITED STATES, 511 U. S. 1045;

No. 93–8436. REID v. CITY OF FLINT ET AL., 511 U. S. 1091;

No. 93–8439.   CLINTON v. SMITH, WARDEN, ET AL., 511 U. S. 1091;

No. 93–8494.   HAWKINS v. GREEN ET AL., 511 U. S. 1093;

No. 93–8510.   MARK v. UNITED STATES ET AL., 511 U. S. 1144;

No. 93–8530.   PAYNE v. ESCAMBIA COUNTY SHERIFF, 511 U. S. 1111;

No. 93–8595.   KLEINSCHMIDT ET AL. v. LIBERTY MUTUAL INSURANCE CO. ET AL., 511 U. S. 1112;

No. 93–8619.   LANGE v. HEITKAMP ET AL., 511 U. S. 1131;

No. 93–8628.   TAVERAS v. NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES ET AL., 511 U. S. 1132;

No. 93–8639.   JEFFRESS v. BROWN, SECRETARY OF VETERANS AFFAIRS, 511 U. S. 1112;

No. 93–8664.   BURNETT v. FAIRLEY ET AL., 511 U. S. 1132;

No. 93–8695.   CARPENTER ET UX. v. BLANKENSHIP, 511 U. S. 1133;

No. 93–8718.   FROMAL v. ROBINS ET AL., 511 U. S. 1133;

No. 93–8727.   POOLE v. HOLLAND, WARDEN, 511 U. S. 1145;

No. 93–8771.   EDWARDS v. HARGETT, WARDEN, ante, p. 1209;

No. 93–8807.   SULE v. UNITED STATES, ante, p. 1223;

No. 93–8831.   BARNES v. GARETNER ET AL., ante, p. 1210;

No. 93–8861.   COOLEY ET UX. v. KNAPP ET AL., ante, p. 1210;

No. 93–8911.   OKOR v. UNITED STATES, 511 U. S. 1146;

No. 93–9057.   NEWKIRK v. SMITH, WARDEN, ET AL., 511 U. S. 1149; and

No. 93–9320.   IN RE FRANZ, ante, p. 1218.   Petitions for rehearing denied.

No. 93–10.   CULLEN v. TRAINOR, ROBERTSON, SMITS & WADE ET AL., 510 U. S. 859.   Motion for leave to file petition for rehearing denied.

No. 93–1443.   MAKIN v. EVANS ET AL., 511 U. S. 1082.   Motion of petitioner for leave to proceed further herein in forma pauperis granted.   Petition for rehearing denied.

AUGUST 3, 1994

No. 93–1904.   COLORADO v. LEFTWICH ET AL.   Sup. Ct. Colo. Certiorari dismissed under this Court's Rule 46.